IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN SCHITTINO,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, JULIE L.
JONES, SECRETARY, ET AL.,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0832

Opinion filed January 20, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

John Schittino, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Eric Gonzalez, Assistant Attorney General,
Tallahassee, for Respondents.

PER CURIAM.

Petitioner seeks review of an order dismissing his petition for writ of mandamus

challenging a disciplinary action.  We deny the petition for writ of certiorari on the

merits.  However, as respondent concedes, the underlying proceedings constituted a "collateral criminal proceeding" and therefore imposition of the lien was improper.  See Jackson v. McDonough, 28 So. 3d 61 (Fla. 1st DCA 2006).  We quash the circuit court's order on indigency imposing a lien for initiating the petition for writ of mandamus.  The circuit court should direct the reimbursement of any funds that have been withdrawn from petitioner's account to satisfy the improper lien order.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.